McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone (916) 554-2716

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH WARRANT FOR EVERYONE.NET | 2:06-SW-00037 GGH<br><br>**MOTION TO UNSEAL AND [proposed] ORDER** |

The search warrant, application, and affidavit in support of search warrant that were filed in the above-referenced case were ordered sealed by this Court until further order. Those documents relate to an investigation that resulted in an indictment that was filed on January 25, 2006, case number CR S 06-00035 MCE. The United States hereby requests that the above-referenced file be unsealed so that its contents may be produced to defendants as discovery.

Dated: March 20, 2006

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

                                By: /s/ Ellen V. Endrizzi
                                   ELLEN V. ENDRIZZI
                                   Assistant U.S. Attorney

Upon application of the United States of America and good cause

1

1  having been shown,
2       IT IS HEREBY ORDERED that the United States' Motion to
3  Unseal the documents filed in this case is GRANTED.
4
5  DATED: March 20, 2006
                                    HON. KIMBERLY J. MUELLER
6                                   UNITED STATES MAGISTRATE JUDGE